CLEMENT E. ECKRODE, appellant,

*v.*

ENDURANCE TIRE AND RUBBER CORPORATION OF NEW YORK,
respondent.

[Decided November 17th, 1919.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Foster, whose opinion is reported in *90 N. J.
Eq. 129.*

*Mr. August C. Streitwolf,* for the appellant.

*Messrs. Collins & Corbin,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chancellor
Foster.

*For affirmance*—TRENCHARD, PARKER, BERGEN, MINTURN,
BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, ACKER-
SON—10.

*For reversal*—SWAYZE, KALISCH—2.